# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Alcus Fuel Oil & Sons, Inc. | 12/14/2022 | 266527 | Check | $ 451.87 |
| Akorn Operating Company, LLC | Alcus Fuel Oil & Sons, Inc. | 1/13/2023 | 266894 | Check | $ 5,669.71 |
| Akorn Operating Company, LLC | Alcus Fuel Oil & Sons, Inc. | 1/27/2023 | 267049 | Check | $ 11,921.17 |
| Akorn Operating Company, LLC | Alcus Fuel Oil & Sons, Inc. | 2/3/2023 | 267101 | Check | $ 851.70 |
| Akorn Operating Company, LLC | Alcus Fuel Oil & Sons, Inc. | 2/9/2023 | 267155 | Check | $ 854.95 |
| | | | | | $ 19,749.40 |